AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| CENTRO CLINIC LLC an Oregon limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>WHETSTONE CHIROPRACTIC, LLC, an Oregon limited liability company, and BRADLEY WHETSTONE, an individual<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-00186-AR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bradley Whetstone
8136 SE FOSTER RD STE 220
Portland, OR 97206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie Johnson
Brooke Eide
Samuels Yoelin Kantor LLP
111 SW Fifth Ave, Suite 3800
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 01/29/2024

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| CENTRO CLINIC LLC, an Oregon limited liability company <br><br> *Plaintiff(s)* <br> v. <br> WHETSTONE CHIROPRACTIC LLC, an Oregon limited liability company, and BRADLEY WHETSTONE, an individual <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-00186-AR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Whetstone Chiropractic, LLC
8136 SE FOSTER RD STE 220
Portland, OR 97206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie Johnson
Brooke Eide
Samuels Yoelin Kantor LLP
111 SW Fifth Ave, Suite 3800
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 01/29/2024

By: s/D. Norris, Deputy Clerk